

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CADDO COUNTY</u>, OKLAHOMA

| | |
|---|---|
| DEBRA JOHNSON V. PRUDENTIAL INSURANCE COMPANY | No. CJ-2019-00074<br>(Civil relief more than $10,000: BREACH AGREEMENT / CONTRACT)<br><br>Filed: 08/05/2019<br><br><br>Judge: KIRKLAND, HONORABLE KORY |

## PARTIES

PRUDENTIAL INSURANCE COMPANY, Defendant
JOHNSON,  DEBRA, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DUNHAM, JAMES W  JR<br>2112 BANK OF AMERICA CENTER<br>15 WEST 6TH STREET SUITE 2112<br>TULSA , OK 74119 | |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, December 11, 2019 at 1:30PM<br>  CIVIL MOTION DOCKET | | | |

## ISSUES

Case 5:19-cv-01112-J   Document 1-1   Filed 11/27/19   Page 2 of 3

**1.** BREACH AGREEMENT / CONTRACT

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 08-05-2019 | | FILE AND ENTER PETITION-$10001.00 OR MORE<br>Document Available (#CC19080500000658) 📄TIFF   📕PDF | | | $ 163.00 |
| | | (Entry with fee only) | | | $ 6.00 |
| | | (Entry with fee only) | | | $ 7.00 |
| | | OCIS FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| 08-05-2019 | | ISSUE SUMMONS (1 BACK TO ATTY FOR SERVICE)<br>Document Available (#CC19080500000652) 📄TIFF   📕PDF | | | $ 10.00 |
| 09-04-2019 | | SUMMONS AND CARD RETURNED SIGNED BY:OKLAHOMA INSURANCE<br>Document Available (#CC19090400000059) 📄TIFF   📕PDF | | | |
| | | CO ON 8-16-19 | | | |
| 10-15-2019 | | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MOTION FOR<br>Document Available (#CC19101500000273) 📄TIFF   📕PDF | | | |
| | | EVIDENTIARY HEARING UPON DAMAGES | | | |
| 11-06-2019 | | ORDER FOR HEARING 12-11-19 @ 1:30PM<br>Document Available (#CC19110600000139) 📄TIFF   📕PDF | | | |

Case 5:19-cv-01112-J   Document 1-1   Filed 11/27/19   Page 3 of 3